# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-2598

———————

Courtney D. Yorke,                         *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
      v.                                   *   District Court for the
                                           *   District of Minnesota.
Vinnell Corporation, doing business        *
as Hubert H. Humphrey Job Corps,           *        [UNPUBLISHED]
                                           *
            Appellee.                      *

———————

Submitted: October 16, 2007
    Filed: November 7, 2007

———————

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Courtney D. Yorke appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Having carefully reviewed the record and considered Yorke's arguments for reversal, we affirm. See 8th Cir. R. 47B; Wallace v. DTG Operations, Inc., 442 F.3d 1112, 1117-18 (8th Cir. 2006) (standard of review). We also deny Yorke's pending motions.

———————————————————

———————

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.